IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

**MARY C. JACOB,**

**Plaintiff**

v.

**STEVEN A. GORDON, Hip Motor Cars, LLC, et, al**

**Defendant(s)**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
*2:11 pm, Feb 11, 2025*
**JEFFREY P. COLWELL, CLERK**

**Motion to Terminate Ownership of "The Mother"**

**&**

**Complaint for Physical Assault, Battery**

**&**

**Intentional Infliction of Emotional Distress**

COMES NOW, the Plaintiff, Mary C Jacob (also referred to in legal documentation as "The Mother"), a resident of the State of Washington with residence also in the State of Colorado, a

pro se Plaintiff. Named Defendant is Steven A. Gordon, a resident of Round Rock, Texas, and Defendant's sole proprietorship, Hip Motor Cars, LLC (with a principle place of business at 1504 Brandi Lane, Round Rock, Texas 78654). Jurisdiction in Federal Court is proper based upon the damages claimed that exceed $75,000 (Seventy-Five Thousand United States Dollars), the different states in which the parties reside, the established bias against The Mother in the State of Texas, and the violations of The Mother's (and others) *implied* United States Constitutional Rights and Civil Liberties [noting that The Mother was not an intended "Person" as defined by the Original **Framers** of the United States Consitution].

The Mother hereby moves this Honorable Court for an Order terminating the ownership of The Mother by Defendant, Steven A. Gordon (also referred to as "The Owner"). The Mother further moves this Court to compensate The Mother for physical and emotional damages suffered as a result of The Owner's actions. In support of this Motion, The Mother testifies to the following actions of "The Owner" - Steven A. Gordon, The Owner's sole proprietership Hip Motor Cars, LLC, their affiliates, and their associates as including but not limited to:

1. The Mother requests that The Owner, Steven A. Gordon, and his sole proprietorship (Hip Motor Cars, LLC, also referred to as "The Business") be ordered to declare the release of all rights, control, and contact with The Mother.

2. The Mother requests monetary compensation and an award of punitive damages for the following damages caused by The Owner, Steven A. Gordon:

- Assault and battery of The Mother;

- False imprisonment of The Mother;

- Slander of The Mother;

- Torture and abuse of The Mother;

- Financial exploitation of The Mother;

- Exploitation of and psychological manipulation of minor children for control over The Mother, and for profitable gain of The Owner;

- Theft from The Mother by fraudulent signature and sale of The Mother's motor vehicle;

- Theft of The Mother's mail service for a period of one year or more;

- Wrongful interference with The Mother's professional information and data;

- Providing false images and photographs to officials to slander The Mother;

- Drugging and raping The Mother;

- Intentional infliction of emotional distress upon The Mother;

- Attempting to steal The Mother's home and other material items via attempted murder of The Mother (staged as suicide);

- Choking, strangling, kicking, punching, and smothering The Mother, causing lasting physical and mental injuries to The Mother;

- Injuring and causing emotional distress to The Mother such that The Mother had a spontaneous abortion of a fetus;

- Using The Mother as an "employee" of The Business without providing compensation to The Mother and using The Mother as a household "servant" without providing compensation to The Mother, and without providing for the Mother's known disabilities including physical, visual, and auditory disabilities;

- Using remote control of "smart vehicles" including a Tesla to place The Mother in life-threatening situations;

- Interference with The Mother's data stream on The Mother's smart devices to provide misinformation to The Mother that caused mental distress to The Mother;

- Providing false reports to law enforcement regarding The Mother;

- Staging an attack on The Mother using actors from an affiliated acting company who impersonated law enforcement officers after violently and repeatedly assaulting and attempting to murder The Mother;

- Forcing the Mother to sleep on the ground in a garage until The Mother was mentally "broken" to the extent that The Mother would be useful to The Owner for sale into sexual servitude;

- Using The Mother, The canid-species pets, and minor children in filmed, staged productions without consent and without the ability of The Mother or the pets or the children to consent by means of deceit, coercion, force, and threats of violence and harm to The Mother and others;

- Drugging and injuring The Mother and falsely reporting suicide to authorities;

- Knowingly mischaracterizing The Mother by manipulating The Mother's fear of harm to others.

3. The Mother further requests a declaration that the rights-in-fact of The Mother to any children or pets that are owned-in-fact by The Owner be recognized in law as null, as The Mother has never had rights-in-fact.

WHEREFORE, the Mother respectfully requests that this Honorable Court grant this Motion to Terminate the Ownership of The Mother and Compensate The Mother for Physical and Emotional Damages, and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

*Mary C. Jacob (X)*

Mary C. Jacob

Texas State Bar No. 24072165 [Retired from the State of Texas]

CONFIDENTIAL FOR SECURITY REASONS

Email: RAPESURVIVOR23@GMAIL.COM

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Terminate Ownership of Person and Compensate for Physical and Emotional Damages has been served on all parties in accordance with the Federal Rules of Civil Procedure on this 2025-02-11.

*/s/ Mary C. Jacob*